# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | **COUNSEL ONLY** |
| v. | **STATUS/SCHEDULING CONFERENCE** |
| LI XING, ET AL | CASE NUMBER **25-CR-8** |

HONORABLE STEPHEN C. DRIES, presiding  Court Reporter: Zoom Audio
Deputy Clerk: Katina Hubacz  Hearing Began: 9:00 AM
Hearing Held: April 25, 2025 at 9:00 AM  Hearing Ended: 9:08 AM

**Appearances:**
UNITED STATES OF AMERICA by: Katherine Halopka-Ivery
DEFENDANT(S): NOT PRESENT
DEFENSE ATTORNEY(S): SEE ATTACHED LIST

- ☒ Case designated complex
- ☐ Counsel Only Status/Scheduling Conference set for: Date at Time via Zoom Audio
- ☒ Court makes a Speedy Trial Finding. The time from today until **July 14, 2025** is excluded under the Speedy Trial Act

**Motions due: July 14, 2025**
**Responses due: July 28, 2025**
**Replies due: August 6, 2025**

Govt:

- Provides update on discovery - some have received and some have not – discovery is ready to go
- Believe everyone is ok with setting dates 60 days out
- Two defts have been arrested in other districts but haven't made it back to ED-WI yet – have been in communication with their attorneys

Mr. Schiro:

- Think 60 days may be too quick
- Would request 75 days instead

Court:

- Sets motions schedule and makes a Speedy Trial finding

25-CR-8
XING, et al.
Counsel Only Status/Scheduling Conference
April 25, 2025 at 9:00 AM

| Defendant | Attorney |
|---|---|
| LI XING | No appearance made |
| KAIYU HUANG | David S. Bahuriak, Jr. |
| SHAWN M. SENTER | Nicole Masnica |
| JASON A. WNUK | John Schiro for Craig S. Powell |
| KEVIN M. EISENHAUER | Leah R. Thomas |
| SHELTON K. THORNTON | John Bradley |
| SKYLAR V. TRUMBO | John Schiro for Joshua Uller |
| JOHN W. PERRY | John S. Schiro |
| ADHAM B. BLANDIN | Lew A. Wasserman |